**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

RIGOBERTO CARRILLO RAMOS,

Petitioner,

v.

WARDEN, Desert View Facility, *et al.*,

Respondents.

Case No. 5:26-cv-06733-CAS-RAO

ORDER GRANTING UNOPPOSED PETITION FOR WRIT OF HABEAS CORPUS

On November 10, 2026, Petitioner Rigoberto Carrillo Ramos (A#222-570-825), a noncitizen in immigration custody at the Desert View Facility in Adelanto, California, and proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and a Memorandum of Law in Support of Petition. Dkt. Nos. 1 ("Pet."), 2 ("Mem."). Petitioner seeks his immediate release or, alternatively, an individualized bond hearing on the grounds that his immigration detention violates his constitutional due process rights.

On November 10, 2026, the Court issued a Notice of General Order 26-05 and Briefing Schedule that requires Respondents to file an Answer to the Petition by no later than seven days from the date of the Notice. Dkt. No. 4. To date, Respondents

have not filed an answer or otherwise communicated with the Court. In light of the absence of an Answer, the Court deems the Petition unopposed. For the reasons set forth below, the Petition is GRANTED, and Respondents are ORDERED to release Petitioner immediately.

The Petition and supporting memorandum set forth the following facts. Petitioner was taken into immigration custody on October 11, 2026. Pet. at 3. He has not received an individualized bond hearing and no such hearing is scheduled. Mem. at 4. Petitioner believes that his custody is being treated as a mandatory detention. *Id*. Prior to his arrest, Petitioner resided in the United States for 11 years, during which time he worked, started a family, and developed strong community ties. Mem. at 2. He has no criminal record. *Id*. at 7. The Petition alleges that Petitioner's continued indefinite detention is a violation of his constitutional due process rights. Pet. at 5-6. The Petition seeks relief in the form of immediate release or an individualized bond hearing. *Id*. at 7.

Petitioner has a protected due process interest in being released, as he has lived in this country for 11 years building a life, starting a family, and developing strong community ties. *See Zadvydas v. Davis*, 533 U.S. 678, 679 (2001) ("[T]he Due Process Clause applies to all persons within the United States, including [noncitizens], whether their presence is lawful, unlawful, temporary, or permanent."); *see also Pinchi v. Noem*, 792 F. Supp. 3d 1025, 1033 (N.D. Cal. 2025) (petitioner has substantial private interest in remaining in her home, continuing her employment and maintaining her community ties). Because Respondents elected not to respond to the Petition, the record is devoid of any evidence or argument of a significant government interest in detaining Petitioner. Thus, it is uncontroverted that Petitioner has a significant due process interest in being released, and he poses no apparent risk of flight or danger to the community. Considering these circumstances and Respondents' non-opposition, the Court concludes Petitioner's

immediate release is warranted.

Accordingly, the Court GRANTS the Petition and ORDERS Respondents to release Petitioner Rigoberto Carrillo Ramos (A#222-570-825) from immigration custody immediately, subject to reasonable conditions of supervision. Respondents shall file a "Notice of Release" within three days of the entry of this Order.

DATED: November 23, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE