JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO CARRILLO RAMOS,<br>Petitioner,<br>v.<br>WARDEN, Desert View Facility, et al.,<br>Respondents. | Case No. CV 5:26-6733-CAS-RAO<br><br>JUDGMENT |

Pursuant to the Order Granting Unopposed Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and this action is closed.

DATED: November 23, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE